UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.  2:20-cr-90 7HM - 38MRM

MADELIN CARIDAD IFRIM, and            18 U.S.C. § 641
MARIAN IFRIM

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or about April 2013, and continuing through in or about

February 2019, in the Middle District of Florida, and elsewhere, the

defendants,

MADELIN CARIDAD IFRIM, and
MARIAN IFRIM,

did knowingly and willfully embezzle, steal, purloin, and convert to the

defendant's use and the use of another, more than $1,000 of money and a

thing of value of the United States and the Social Security Administration, a

department and agency of the United States, that is, benefit payments under

the Title II Federal Old-Age, Survivors, and Disability Insurance Program

(OASDI), with intent to deprive the United States and the Social Security

Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. §§ 641 and 2.

## FORFEITURE

1.      The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.      The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of $100,762.30, which represents the proceeds obtained from the offense.

4.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

e.  has been commingled with other property which cannot be

divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney


By:  _____
Yolande G. Viacava
Assistant United States Attorney


By:  _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

3

FORM OBD-34
June 20

No. 2:20-cr-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

## THE UNITED STATES OF AMERICA

vs.

MADELIN CARIDAD IFRIM, and
MARIAN IFRIM

## INDICTMENT

Violations:   18 U.S.C. §§ 641 and 2

A true bill,

_____
Foreperson

Filed in open court this 17th day

of June, 2020.

_____
Clerk

Bail $_____

GPO 863 525