UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 2:20-cr-90-SPC-MRM

MADELIN CARIDAD IFRIM
_____/

**ORDER OF FORFEITURE**

Before the Court, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' Motion for Order of Forfeiture against Defendant Madelin Caridad Ifrim. Doc. 74. The Government seeks forfeiture in the amount of $100,762.30 representing the proceeds Madelin Caridad Ifrim received for her participation in the scheme to defraud and embezzle government funds distributed under Title II Federal Old-Age, Survivors and Disability Insurance Program (OASDI) as charged in Count One of the Indictment. Doc. 1. For the reasons outlined herein, the motion is **GRANTED**.

On June 17, 2020, a one-count Indictment was filed against Madelin Caridad Ifrim and Marian Ifrim charging the defendants with theft of government funds in violation of 18 U.S.C. §§ 641 and 2; the Indictment included a forfeiture provision notifying the defendant(s) of the United States' authority and intent to seek forfeiture of the proceeds made in the commission

of the offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Doc. 1.

Ifrim appeared before United States Magistrate Judge Mac R. McCoy on January 21, 2021 and entered a plea of guilty to Count One of the Indictment. Doc. 65. The next day the undersigned United States District Court Judge accepted Ifrim's plea of guilty, adjudicated her guilty and scheduled the Sentencing hearing. Doc. 66.

In her Plea Agreement (Doc. 55), Ifrim admits that beginning in approximately April 2013 and continuing through (and including) approximately February 2019, she unlawfully collected and distributed for her personal use, Social Security benefit payments paid under Title II Federal Old-Age, Survivors, and Disability Insurance Program of the Social Security Administration (SSA). The Defendant's father was the entitled recipient of the SSA benefit payments in the amount of $1,483.00; the payments were deposited directly into his checking account each month. The Defendant's father passed away on March 18, 2013 thereby terminating his entitlement to SSA benefits. However, the Social Security Administration was unaware of his death and continued depositing the monthly $1,483.00 SSA payments directly into the deceased's checking account until 2019 when SSA became

2

aware of Ifrim's father's death and ceased payments.  Between April 2013 and February 2019, Ifrim and her co-defendant, Marian Ifrim, unlawfully collected approximately $100,762.30 of SSA benefit payments and disbursed the funds for their own personal use.

The Court finds the United States has established that Ifrim received, and dissipated, $100,762.30 in proceeds for her involvement in the fraud offense for which she has been adjudicated guilty.  And, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), because the stolen funds have been dissipated by the defendant(s) the Government may seek, as a substitute asset, forfeiture of any of the defendant's property up to the value of $100,762.30.

Accordingly, it is hereby

**ORDERED** that for good cause shown,

1. The Government's Motion for Order of Forfeiture (Doc. 74) is **GRANTED**, Defendant Madelin Caridad Ifrim is liable to the United States for an order of forfeiture in the amount of $100,762.30.

2. The United States is entitled to, as a substitute asset, forfeiture of any of Madelin Cardidad Ifrim's property up to the value of $100,762.30.

3. As per the Plea Agreement (Doc. 55), this order shall become final order of forfeiture as to the defendant at the time it is entered.

4. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute asset that the United States may be entitled to seek up to the amount of the order of forfeiture entered in these proceedings.

**DONE AND ORDERED** in Fort Myers, Florida, on April 8th, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record